United States Bankruptcy Court
District of Connecticut

In re:  Case No. 23-20135-jjt
Elaine J. Lefebvre  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-2      User: admin      Page 1 of 3
Date Rcvd: Jul 11, 2024      Form ID: 196      Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elaine J. Lefebvre, 30 Shaughnessy Drive, East Hartford, CT 06118-2366 |
| cr | + | J.P. Morgan Mortgage Acquisition Corp., 7515 Irvine Center Drive, Irvine, CA 92618-2930 |
| 9405710 | ++ | FIRST FINANCIAL RESOURCES INC, 495 OLD CONNECTICUT PATH, SUITE 220, FRAMINGHAM MA 01701-4567 address filed with court:, FST Financial Resources, Attn: President / Manager, One Clarks Hill, Framingham, MA 01702-8172 |
| 9405711 | | Glastonbury Health Center, Attn: President / Manager, 1175 Hebron Avenue, East Berlin, CT 06023 |
| 9405713 | ++++ | KRISLYN MINA LAUNER, AG-COLLECTIONS/CHILD SUPPORT, 165 CAPITOL AVE STE 4000, HARTFORD CT 06106-1668 address filed with court:, Krislyn Mina Launer, AG-Collections/Child Support, 165 Capitol Avenue,, 4th Floor, Hartford, CT 06106 |
| 9405714 | + | Philip Rolland Dunn, Jr., Attn: President / Manager, 433 Silas Deane Highway, Wethersfield, CT 06109-2123 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 9405706 | + | Email/Text: American@AABinfo.net | Jul 11 2024 18:30:00 | American Adjustment Bureau, Attn: President / Manager, 73 Field Street, PO Box 2758, Waterbury, CT 06723-2758 |
| 9405707 | | Email/Text: BankruptcyNoticingCenter@bmpc-law.com | Jul 11 2024 18:30:00 | Bendett & McHugh, Attn: President / Manager, 270 Farmington Avenue, Suite 151, Farmington, CT 06032 |
| 9405716 | | Email/Text: DRS.Bankruptcy@ct.gov | Jul 11 2024 18:30:00 | Connecticut Department of Revenue Services, Collections Unit - Bankruptcy Team, 450 Columbus Blvd., Ste. 1, Hartford, CT 06103-1837 |
| 9405708 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 11 2024 18:35:10 | Capital One, Attn: President / Manager, PO Box 71083, Charlotte, NC 28272-1083 |
| 9407918 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 11 2024 18:46:32 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 9405709 | ^ | MEBN | Jul 11 2024 18:26:00 | Eastern Account System of CT, Attn: President / Manager, PO Box 837, Newtown, CT 06470-0837 |
| 9405712 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 11 2024 18:30:00 | Internal Revenue Service, Attn: President / Manager, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9460318 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 11 2024 18:30:00 | J.P. Morgan Mortgage Acquisition Corp., 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 9405715 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 11 2024 18:30:00 | Rushmore Loan Management Services, Attn: President / Manager, PO Box 814529, Dallas, TX 75381-4529 |
| 9414386 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

Case 23-20135    Doc 78    Filed 07/13/24    Entered 07/14/24 00:16:36    Page 2 of 4

| | | |
|---|---|---|
| District/off: 0205-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Jul 11, 2024 | Form ID: 196 | Total Noticed: 16 |

| | | |
|---|---|---|
| | Jul 11 2024 18:30:00 | UMB Bank National Association, not in its individu, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | State of Connecticut, Department of Revenue Servic |
| cr | | UMB Bank, National Association, not in its individ |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Audra Buckland | on behalf of Debtor Elaine J. Lefebvre audra@neilcranelaw.com neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net |
| Jennifer Tremesani | on behalf of Debtor Elaine J. Lefebvre Jennifer@neilcranelaw.com neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net |
| Lawson Williams, III | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. attorney.lawson.williams@gmail.com wbecf@brockandscott.com |
| Lawson Williams, III | on behalf of Creditor UMB Bank  National Association, not in its individual capacity but solely as Legal Title Trustee for TOCU Title Trust 2017-1 attorney.lawson.williams@gmail.com, wbecf@brockandscott.com |
| Maria A. Santos | on behalf of Creditor State of Connecticut  Department of Revenue Services maria.santos@ct.gov |
| Patrick Crook | on behalf of Trustee Roberta Napolitano pcrook@ch13rn.com |
| Roberta Napolitano | notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com |
| Roberta Napolitano | on behalf of Trustee Roberta Napolitano notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com |
| Sara Buchanan | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. Sara.buchanan@brockandscott.com wbecf@brockandscott.com |
| Stuart H. Caplan | on behalf of Debtor Elaine J. Lefebvre stuart@neilcranelaw.com neilcranecourt@neilcranelaw.com;LawOfficesofNeilCraneLLC@jubileebk.net;caplan.stuarth.r113119@notify.bestcase.com |
| U. S. Trustee | |

District/off: 0205-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 11, 2024 | Form ID: 196 | Total Noticed: 16

USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 11

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
July 11, 2024

In re:
    Elaine J. Lefebvre
    Debtor*

Case Number: 23−20135
Chapter: 13

### ORDER DISCHARGING CHAPTER 13 TRUSTEE, CANCELLING CHAPTER 13 TRUSTEE'S BOND, AND CLOSING DISMISSED CASE

The Chapter 13 Trustee has filed the Final Report and Account pursuant to 11 U.S.C. § 1302(b)(1).

Therefore, it is hereby

**ORDERED:** Pursuant to 11 U.S.C. § 350(a), Roberta Napolitano is discharged as the Chapter 13 Trustee of the estate of Elaine J. Lefebvre; and it is further

**ORDERED:** The Chapter 13 Trustee's bond as it applies to this case is cancelled; and it is further

**ORDERED:** The Chapter 13 case of Elaine J. Lefebvre is hereby closed.

Dated: July 11, 2024

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 196 − ts

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.